UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark Splonskowski,<br><br>                       Plaintiff,<br><br>  vs.<br><br>Erika White, in her capacity as State Election Director of North Dakota,<br><br>                       Defendant. | **MOTION TO DISMISS**<br><br>Case No. 1:23-cv-00123 |

[¶1]    The Defendant, Erika White, in her capacity as State Election Director of North Dakota, moves this Court under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for an order dismissing Plaintiff's Complaint. This motion is made to assist the Court in securing "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. This motion is supported by the attached memorandum and all documents on file with this Court, and is made on the grounds that the Court lacks subject matter jurisdiction over the entirety of Plaintiff's Complaint. Further, this motion is made on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted as more fully set forth in the attached memorandum.

[¶2]    The Defendant requests this Court grant her Motion to Dismiss and dismiss the Complaint against her.

Dated this 7th day of August, 2023.

                                        State of North Dakota
                                        Drew H. Wrigley
                                        Attorney General

                          By:     /s/ Jane G. Sportiello
                                        Jane G. Sportiello
                                        Assistant Attorney General
                                        State Bar ID No. 08900
                                        Email jsportiello@nd.gov

                                        /s/ Courtney R. Titus
                                        Courtney R. Titus
                                        Assistant Attorney General
                                        State Bar ID No. 08810

Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
Email ctitus@nd.gov

Attorneys for Defendant.