UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mark Splonskowski,<br><br>                    Plaintiff,<br><br>vs.<br><br>Erika White, in her capacity as State Election Director of North Dakota,<br><br>                    Defendant. | **DECLARATION OF ERIKA WHITE**<br><br>Case No. 1:23-cv-00123 |

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF BURLEIGH      )

Erika White states as follows:

[¶1]   I declare under penalty of perjury that the statements made in this declaration are true and correct to the best of my knowledge and belief.

[¶2]   Attached to this declaration as Exhibit 1 is a true and correct copy of the Meeting Minutes for the Burleigh County Canvassing Board Meeting which occurred on November 8, 2022.

Dated this 4th day of August, 2023.

_____
Erika White
State Elections Director
North Dakota Office of the Secretary of State

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF BURLEIGH      )

Subscribed and sworn to before me this 4th day of August, 2023.

_____
Notary Public

LEE ANN OLIVER
Notary Public
State of North Dakota
My Commission Expires April 12, 2025