EXHIBIT 1

**BURLEIGH COUNTY CANVASSING BOARD
MEETING MINUTES
November 8, 2022**
TOM BAKER MEETING ROOM
CITY/COUNTY OFFICE BUILDING
221 N 5TH STREET, BISMARCK

**10:00 am**
Erika White, Burleigh County Election Manager called the Canvass Board to order.

Members Present were Kathleen Jones, Claus Lembke, Leo Vetter, Melissa Hanson, Carson Fleck, and Erika White

The first order of business was to appoint the Chair of the Canvass Board. Claus Lembke nominated Erika White, Kathleen Jones 2nd, all members voted "AYE". Motion passed.

Chair White reviewed the numbers for the 2022 General Election and compared to previous elections. Voter turnout was 49%, lower voter turnout than typical General Elections but higher than the statewide average.

The Canvass Board reviewed 30 ballots that had matching signatures and were received by the absentee deadline set forth in North Dakota Century Code. Motion by Lembke to accept the ballots, 2nd by Jones, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 21 ballots with questionable signatures that were unverified. A motion was made by Hanson to reject the ballots, 2nd by Lembke, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 22 ballots with questionable signatures that were verified. Motion by Lembke to accept the ballots, 2nd by Jones, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 23 ballots with postmarks past the deadline set forth in North Dakota Century Code. Motion by Jones to reject the ballots, 2nd by Fleck, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 1 ballot with no postmark received through the United States Postal Services. Motion by Lembke to accept the ballot, 2nd by Jones, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 6 verified set-aside ballots. Motion by Jones to accept the ballots, 2nd by Hanson, all members voted "AYE". Motion passed.

The Canvass Board then reviewed 28 unverified set-aside ballots. Motion by Hanson to reject the ballots, 2nd by Jones, all members voted "AYE". Motion passed.

Jomes motioned to authorize the Election Manager to add the accepted ballots to the abstract, 2nd by Lembke, all members voted "AYE". Motion passed.

Vetter motioned to authorize the Election Manager to deliver absentees received in the next days (if any) to the County Recorder, Jones 2nd, all members voted "AYE". Motion passed.

The DS450 tabulator was turned on and a zero totals report was printed showing the machine was clear of votes. The ballots to be counted were tabulated with the DS450. The results report was printed to show the results of the Canvass Board. Motion by Jones to approve the vote totals, 2nd by Lembke, all members voted "AYE". Motion passed.

Motion by Lembke to adjourn the meeting of the County Canvass Board, 2nd by Jones, all members voted "AYE". Motion passed.

The board adjourned.