Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Mark Splonskowski,

        Plaintiff,

v.

Erika White, in her capacity as State Election Director of North Dakota,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  1:23-cv-123

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated February 2, 2024, the Court has considered the remaining arguments relating to standing and finds they are unnecessary to determine Splonskowski lacks standing. Accordingly, for the reasons set forth above, White's Motion to Dismiss for Lack of Jurisdiction is GRANTED. The Complaint is DISMISSED. Based upon this, White's Motion to Dismiss for Failure to State a Claim and the Motion to Intervene are MOOT.

Date: February 2, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*